Kashmir **SINGH**, Petitioner,

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 08–71893.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 23, 2009.

Olumide Kolawole Obayemi, Esquire, the Law Offices of Olumide K. Obayemi, San Leandro, CA, for Petitioner.

OIL, Karen Y. Stewart, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

## MEMORANDUM **

Kashmir Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen and reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen or reconsider, *Cano–Merida v. INS*, 311 F.3d 960, 964 (9th Cir.2002), and we deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Singh's motion to reopen and reconsider as untimely because it was filed more than six years after the BIA's September 6, 2001 order. *See* 8 C.F.R. § 1003.2(b)(2), (c)(2).

We lack jurisdiction to consider Singh's contention regarding changed circumstances in India because he failed to exhaust the claim before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

